FRANCES T. NISHI, EXECUTRIX OF THE ESTATE OF PAUL T. NISHI, DECEASED, AND FRANCES T. NISHI, INDIVIDUALLY *v.* DR. ALFRED S. HARTWELL AND DR. NIALL M. SCULLY.

No. 4758.

SEPTEMBER 9, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, KOBAYASHI, JJ., AND CIRCUIT JUDGE KABUTAN IN PLACE OF LEVINSON, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

Abe, J., having dissented from the majority in the original opinion, does not concur.

*Hyman M. Greenstein* and *Michael B. Shane* for the petition.